UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZAD AZIZ, | No. 2:20-cv-01200-MCE-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED STATES POSTAL SERVICE, et al., | |
| Defendants. | |

Presently before the Court is an unopposed Motion to Withdraw as Counsel (ECF No. 8) filed by Schultz Law Group, PC ("Counsel"), counsel for Plaintiff Farzad Aziz ("Plaintiff"), by which Counsel seeks to withdraw leaving Plaintiff in propria persona.  This Motion is governed by the requirements of Eastern District of California Local Rule 182(d), which provides that an attorney may not withdraw, leaving the client in propria persona, absent a noticed motion, appropriate affidavits, notice to the client and all other parties who have appeared, and compliance with the Rules of Professional Conduct of the State Bar of California.  California Rule of Professional Conduct 1.16(b)(10) permits a member of the State Bar to seek to withdraw from representation when "[t]he lawyer believes in good faith . . . that the tribunal will find the existence of . . . good cause for withdrawal."  However, "[a] lawyer shall not terminate a representation until the lawyer has taken reasonable steps to avoid reasonably

1

foreseeable prejudice to the rights of the client, such as giving the client sufficient notice to permit the client to retain other counsel." Cal. R. of Professional Conduct 1.16(d). Whether to grant leave to withdraw is subject to the sound discretion of the Court and "may be granted subject to such appropriate conditions as the Court deems fit." E.D. Cal. Local R. 182(d); <u>Canandaigua Wine Co., Inc. v. Edwin Moldauer</u>, No. 1:02-cv-06599 OWW DLB, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009).

    Because Counsel's request is procedurally correct, substantively supported and unopposed, the Motion to Withdraw (ECF No. 8) is GRANTED.  Schultz Law Group, PC is relieved as counsel of record for Plaintiff effective upon the filing of proof of service of this signed Order on Plaintiff at his last known address:

>  3400 16th Street, Unit 106
>  San Francisco, CA  94114

    IT IS SO ORDERED.

Dated:  November 16, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE